# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Marti, | | |
| | Plaintiff, | |
| | | CIVIL ACTION |
| v. | | |
| | | NO. 18-40164-TSH |
| Schreiber/Cohn, LLC et al., | | |
| | Defendants, | |

## JUDGMENT

HILLMAN, D. J.

In accordance with the Court's Memorandum and Order dated 4/15/20, granting defendants' motion for summary judgment in the above-entitled action, it is hereby ORDERED:

    Judgment for the __Defendants__

                                                                By the Court,

| | |
|---|---|
|    4/15/20    | /s/ Martin Castles |
| Date | Deputy Clerk |