**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Marti v. Schreiber/Cohen, LLC et al

District Court Number: 18cv40164-TSH

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending    Yes ____ No _X_        Sealed documents    Yes ____ No _X_
*If yes, document #* _____    *If yes, document #* _____

*Ex parte* documents   Yes ____ No _X_    Transcripts    Yes ____ No _X_
*If yes, document #* _____    *If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner _X_    Defendant/Respondent ____    Other: ____

Appeal from:

#74 Memorandum and Order, #76 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#74, #76, and #77

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _77_ filed on _May 14, 2020_.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _May 14, 2020_.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**